ACCEPTED
01-14-00992-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 5:08:39 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00992-CV

In the First District Court of
Appeals at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 5:08:39 PM
CHRISTOPHER A. PRINE
Clerk

**Jordan and Associates,**
Appellant

**V.**

**Lisa Wells,**
Appellee

Appeal from the 506th Judicial District Court
Grimes County, Texas, Hon. Albert McCaig, Presiding

## APPELLANT'S MOTION FOR
## EXTENSION OF TIME

Appellant moves for a 30-day extension of time to file its Briefs so that their Briefs are timely filed if filed on or before March 9, 2015.

1. The deadline to file Appellant's Brief is February 5, 2015. Appellant has not sought a previous extension of this deadline.

2. Appellant requests a 30-day extension so that its Brief is timely filed if filed on or before March 9, 2015 (pursuant to TEX. R. APP. PROC. 4.1(a)).

3. Appellant's counsel conferred/attempted to confer with Appellee's counsel. Counsel for Appellant left a detailed voicemail regarding the

1

proposed 30-day extension of time to file Appellant's Brief. As of the filing of this motion, Appellant has not received a response from counsel for Appellee. As such, it is not known whether Appellee is opposed or unopposed to the requested extension.

4.      <u>Facts Relied on to Reasonably Explain the Need for an Extension</u>

Counsel for Appellee has begun the preparation of the Response Brief in earnest. However, Appellee's counsel has been responsible for:

> Preparing the brief of Nationwide Mutual Insurance Company on a matter of first impression in Texas relating to the application of Texas Civil Practices and Remedies Code § 150.002 – et. seq., in case number 02-14-00332-CV, styled *Childress Engineering Services, Inc. v. Nationwide Mutual Insurance Company*, and pending in the Fort Worth Court of Appeals;

> Preparing for and attending oral arguments on a matter of first impression in Texas relating to the application of Texas Civil Practices and Remedies Code § 150.002 – et. seq., in case number 02-14-00332-CV, styled *Childress Engineering Services, Inc. v. Nationwide Mutual Insurance Company*, and pending in the Fort Worth Court of Appeals;

> Drafting, finalizing, and filing the motion for summary judgment brief and reply brief in civil case number 3:14-CV-03314-K, styled *Ascendant Renewable Energy Corp. v. Tang Energy Group, Ltd, et. al.*, and pending in the

2

United States District Court for the northern District of Texas – Dallas Division;

> Preparing and finalizing numerous motions in arbitration number 01-14-0001-4150, styled *Tang Energy group, Ltd. et. al., v. CATIC USA, Inc. et. al.,* and pending before the American Arbitration Association International Centre for Dispute Resolution in New York, New York;

> Preparing and finalizing several motions for summary judgment motions, summary judgment response motions, and sur-reply motions in cause number CC-11-07735-E, styled *Alma Rosa Matias, et al. v. Exco Operating Company, L.P. et. al., v. Exco Resources, Inc., et. al., v. Basic Energy Services, L.P.,* and pending in the County Court at Law Number 5 for Dallas County;

> Attending an all-day mediation in Bryan, Texas in cause number PI-13-125, styled *Thomas Ray Sanders v. Donnie Grimes,* and pending in the 125th Judicial District Court in Leon County; and

> Handling various personal and professional responsibilities, including those attendant to being the managing partner of Walters, Balido & Crain, L.L.P.; and

5. These reasons constitute good cause to justify an extension of the briefing deadline. A reasonable cause justifying an extension of time in this context has been described as "any plausible statement of circumstances

3

indicating the failure to file within the [briefing] period was not deliberate or intentional." *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003). The unfortunate circumstances surrounding counsel's practice demonstrates that any failure to complete the Brief on time was not deliberate or intentional.

6.     This Motion is not sought solely for delay but so that justice may be served.

Wherefore, Appellant prays that the Court grant its requested 30-day extension to file its Brief so that the Court deems the Brief timely filed if filed on or before March 9, 2015, and for such other relief to which they may be entitled.

Respectfully submitted,

_/s/Gregory R. Ave_____
**GREGORY R. AVE**
State Bar No. 01448900
greg.ave@wbclawfirm.com
**Walters, Balido & Crain, L.L.P.**
Meadow Park Tower, 15th Floor
10440 N. Central Expressway
Dallas, Texas 75231

(214) 342-8310 – Telephone
(214) 342-8311 – Facsimile

4

COUNSEL FOR APPELLANT JORDAN AND
ASSOCIATES

## Certificate of Service

On February 5, 2015, I served Appellant's Motion for Extension of Time on all counsel of record by email as well as through the e-filing system.

_/s/Gregory R. Ave_
GREG R. AVE